767 A.2d 541

**Maria C. Dilullo DUCA, a/k/a Maria Dilullo Duca, Appellee,**

**v.**

**Paul J. DUCA, a/k/a Paul Duca, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 16, 2000.

Decided Jan. 19, 2001.

## ORDER

PER CURIAM:

AND NOW, this 19th day of January, 2001, the appeal in the above captioned case is dismissed as improvidently granted. In addition, Appellee's Motion to Quash Appellant's Reply Brief is denied.